TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00585-CV

Julius Drew, Sr., Appellant

v.

Mildred Sneed, John Murphy, Sneed Realtors and John B. Murphy, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 97-01573, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 Because appellant Julius Drew, Sr. has failed to file a brief, we will dismiss the
appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record and the reporter's record in this
cause on November 5, 1998. Accordingly, appellant's brief was due on Monday, December 7,
1998. 

 By letter dated January 19, 1999, this Court notified the parties that the appeal was
subject to dismissal for want of prosecution unless appellant tendered a motion for extension of
time reasonably explaining the failure to do so by January 29, 1999. Thus far, appellant has
submitted neither a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: March 25, 1999

Do Not Publish